IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-90-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEON HAROLD BONEY, ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 71. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the 29 day of January, 2021.

                                              JAMES C. DEVER III
                                              United States District Judge